NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EVA LANA, individually and as )
Guardian of MAX LANA, )
                         )
        Appellants, )
                         )
v. )        Case No. 2D16-5069
                         )
ALEXANDER P. ALEXANDER, PLATO )
J. ALEXANDER, and GEORGE FELOS, )
                         )
        Appellees. )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Eva Lana and Max Lana, pro se
Appellants.

George J. Felos, of Felos & Felos, P.A.,
Dunedin, for Appellees, Alexander P.
Alexander, and Plato J. Alexander.

No appearance for Appellee George Felos.


PER CURIAM.

        Affirmed.


KELLY, LUCAS, and SMITH, JJ., Concur.